Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
PlusFour, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CALLANAN,<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-02513-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant PlusFour, Inc. ("Defendant") and Plaintiff Linda Callanan ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on September 27, 2017) from October 20, 2017 to November 3, 2017.

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

    b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before November 3, 2017; and

    c. Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint. This stipulation is not made for purposes of delay.

By /s/ Raleigh C. Thompson
Raleigh C. Thompson, NV Bar 11296
Ryan M. Lower, NV Bar 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101

Attorneys for Defendant
PlusFour, Inc.

By /s/ Miles N. Clark
Matthew I. Knepper, NV Bar 12796
Miles N. Clark, NV Bar 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave. #170-109
Las Vegas, NV 89129

David H. Krieger, NV Bar 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Attorneys for Plaintiff
Linda Callanan

**ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED October 20, 2017

2