Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CALLANAN,<br><br>        Plaintiff,<br><br>vs.<br><br>PLUS FOUR, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>        Defendants. | Case No.: 2:17-cv-02513-JCM-GWF<br><br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Stipulation of Dismissal of Trans Union LLC With Prejudice - 1

IT IS SO STIPULATED.
Dated this 13th day of February, 2018.

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Jason Revzin* <br> Jason Revzin, Esq. <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br><br> *Counsel for Defendant Trans Union LLC* |
| /s/ *Raleigh C. Thompson* <br> Raleigh C. Thompson, Esq. <br> Nevada Bar No. 11296 <br> Ryan M. Lower, Esq. <br> Nevada Bar No. 9108 <br> MORRIS LAW GROUP <br> 411 E. Bonneville Ave., Ste. 360 <br> Las Vegas, NV 89101 <br> Email: rct@morrislawgroup.com <br> Email: rml@morrislawgroup.com <br><br> *Counsel for Defendant Plus Four, Inc.* | /s/ *Andrew M. Cummings* <br> Andrew M. Cummings, Esq. <br> Nevada Bar No. 14505 <br> JONES DAY <br> 3161 Michelson Drive, Ste. 800 <br> Irvine, CA 92612 <br> Email: acummings@jonesday.com <br><br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* |

/ / /

Stipulation of Dismissal of Trans Union LLC With Prejudice - 2

*Linda Callanan v. Plus Four, Inc. et al*
2:17-cv-02513-JCM-GWF

# ORDER GRANTING

# DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED February 15, 2018.

Stipulation of Dismissal of Trans Union LLC With Prejudice - 3